1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10
11   JONATHAN LYNN LAMPEL,            ) NO. CV 05-00842-ABC (MAN)
                                      )
12                  Petitioner,       )
                                      )
13        v.                          ) ORDER ADOPTING FINDINGS,
                                      )
14   PAUL HIGA, Chief Probation Officer,) CONCLUSIONS AND RECOMMENDATIONS
                                      )
15                  Respondent.       ) OF UNITED STATES MAGISTRATE JUDGE
     _____ )
16
17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19   for Writ of Habeas Corpus, all of the records herein, and the Report and

20   Recommendation of United States Magistrate Judge ("Report").  The time

21   for filing Objections has passed, and no Objections have been filed with

22   the Court.  The Court accepts and adopts the Report and the findings of

23   fact, conclusions of law, and recommendations therein.

24
25        IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

26   shall be entered dismissing this action with prejudice.

27
28

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2  the Judgment herein on counsel for Petitioner and counsel for

3  Respondent.

4

5     LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7  DATED: May 27, 2009

8

9                                    _____

10                                        AUDREY B. COLLINS
                                     CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28